**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-7949**

ROBERT L. SISK,

             Plaintiff - Appellant,

        v.

UNITED STATES OF AMERICA,

             Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville.  Frank D. Whitney, Chief District Judge.  (1:15-cv-00154-FDW)

Submitted:  April 21, 2016              Decided:  April 26, 2016

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Lionel Sisk, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert L. Sisk appeals the district court's orders dismissing Sisk's civil complaint, which was filed against the United States pursuant to the Declaratory Judgment Act, 28 U.S.C. § 2201 (2012), and denying Sisk's Fed. R. Civ. P. 59(e) motion to alter or amend judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. See Sisk v. United States, No. 1:15-cv-00154-FDW (W.D.N.C. Oct. 20, 2015 & Nov. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED